**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CRIMINAL NO. 4:19-CR-00841** |
| **JEREMY BONIABY** | § | |

**ORDER**

On this day, came on to be heard Defendant's UNOPPOSED MOTION FOR CONTINUANCE and the Court after having CONSIDERED same, the Court is of the opinion that same is hereby _____(GRANTED)_____(DENIED, to which action of the Court defendant duly excepts). The following scheduling order now applies to this cause.

_____
_____
_____
_____
_____

SIGNED at Houston, Texas on the _____ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE